TRINGLE v. CONVERSE et al. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by James Tringle against Henry L. Converse and others. No opinion. Application denied, with $10 costs. Order signed.

TROY WASTE MFG. CO. v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by the Troy Waste Manufacturing Company against the New York Central & Hudson River Railroad Company.

PER CURIAM. Motion denied, with $10 costs. See, also, 158 App. Div. 910, 143 N. Y. Supp. 1147.

COCHRANE, J., not sitting.

TURKEY KNOB ORCHARD CO. v. MANDEL et al. (Supreme Court. Appellate Division, First Department. October 22, 1915.) Action by the Turkey Knob Orchard Company against Max Mandel and others. No opinion. Application denied, with $10 costs. Order signed.

TURNER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Action by Charles H. Turner against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, on default of the moving party. See, also, 74 Misc. Rep. 524, 132 N. Y. Supp. 418; 154 N. Y. Supp. 1148; 155 N. Y. Supp. 1145.

TURNER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Charles H. Turner against the New York Central & Hudson River Railroad Company. No opinion. Motion denied. See, also, 155 N. Y. Supp. 1145.

TYLER, Appellant, v. CENTRAL CITY TRUST CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Charles Tyler against the Central City Trust Company. No opinion. Order affirmed, with $10 costs and disbursements.

TYNDALL et al. v. PINELAWN CEMETERY. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by William D. Tyndall and others against the Pinelawn Cemetery. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 86 Misc. Rep. 535, 148 N. Y. Supp. 999; 151 N. Y. Supp. 428.

ULRICH v. LENOX COAT, APRON & TOWEL SUPPLY CO. et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of David Ulrich for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67) against the Lenox Coat, Apron & Towel Supply Company, employer, and the Zurich General Accident & Liability Insurance Company, Limited, insurance carrier. No opinion. Award unanimously affirmed.

UNDERHILL v. WALLIN et al. (Supreme Court, Appellate Division, Second Department. November 1, 1915.) Action by Abm. S. Underhill against Esther Wallin and others. No opinion. Order affirmed, with $10 costs and disbursements.

UNDERWOOD et al. v. AHRENS. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by Daniel G. Underwood and another against John P. Ahrens. No opinion. Motion denied, with privilege to renew at a later term. See, also, 153 N. Y. Supp. 1148.

In re UNION TRUST CO. OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) In the matter of the judicial settlement of the account of the Union Trust Company of New York, as trustee, etc., of Charles F. Hoffman, deceased. No opinion. Decree of the Surrogate's Court of Kings County (86 Misc. Rep. 392, 149 N. Y. Supp. 324) affirmed, with costs, on authority of Chesterman v. Eyland, 81 N. Y. 398, and Barry v. Lambert, 98 N. Y. 300, 50 Am. Rep. 677.

UNITED TRANSP. CO., Respondent, v. HASS, Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by the United Transportation Company against John D. Hass.

PER CURIAM. Judgment and order (91 Misc. Rep. 311, 155 N. Y. Supp. 110) affirmed, with costs.

WOODWARD, J., not voting.

UPDIKE, Respondent, v. McGREEVEY, McGUIGAN & BAUM CONST. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Daniel Updike against the McGreevey, McGuigan & Baum Construction Company. No opinion. Judgment and order unanimously affirmed, with costs.

URQUHART et al. v. KENNEDY et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by William T. Urquhart and another against Arthur Kennedy, impleaded with others. No opinion. Motion granted, without costs. Order filed.

USONA STAMPING WORKS, Respondent, v. WAGNER, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by the Usona Stamping Works against Philip J. Wagner, impleaded with others. L. J. Halbert, of Brooklyn, for appellants. W. L. Bunnell, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VAIL, Appellant, v. BLAU et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Ac-

tion by Alton J. Vail, as trustee of Theodore Blau, a bankrupt, against Theodore Blau, and others. No opinion. Order affirmed, with $10 costs and disbursements.

VAN ARSDALE v. VAN ARSDALE et al. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Rachael Oatman Van Arsdale against Philip Vermilye Van Arsdale and another. No opinion. Interlocutory judgment affirmed.

VAN LOAN, Respondent, v. GARRABINE, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Appeal from Special Term, New York County. Action by Florence R. Van Loan against Oscar Garrabine. From an order denying in part defendant's motion for bill of particulars, defendant appeals. Order modified and affirmed. Thomas E. McEntegart, of New York City, for appellant. Jerome C. Lewis, of New York City, for respondent.

PER CURIAM. The order appealed from is modified, by requiring the plaintiff to serve a bill of particulars as demanded by the defendant, and, as so modified, affirmed, with $10 costs and disbursements to the appellant. Settle order on notice.

VAN TUYL, Respondent, v. KRESS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by George C. Van Tuyl, as superintendent, etc., against Samuel H. Kress and others. D. C. Strachan, of New York City, for appellants. J. A. Kellogg, of Glens Falls, for respondent. No opinion. Judgments and order affirmed, with costs, with leave to defendants to withdraw demurrers and to answer on payment of costs. Order filed.

In re VARIAN. (Supreme Court, Appellate Division, First Department. October 29, 1915.) In the matter of Alfred W. Varian. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 150 App. Div. 453, 135 N. Y. Supp. 132.

VERMONT MARBLE CO., Appellant, v. CHAS. M. GRAY MARBLE & SLATE CO., Respondent. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by the Vermont Marble Company against the Chas. M. Gray Marble & Slate Company. M. E. Haviland, of New York City, for appellant. W. B. Marx, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 155 N. Y. Supp. 1146.

VERMONT MARBLE CO., Appellant, v. CHAS. M. GRAY MARBLE & SLATE CO., Respondent. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by the Vermont Marble Company against the Chas. M. Gray Marble & Slate Company. M. E. Haviland, of New York City, for appellant. W. B. Marx, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 155 N. Y. Supp. 1146.

VILLAGE OF FREDONIA, Appellant, v. FREDONIA NATURAL GAS LIGHT CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 10, 1915.) Action by the Village of Fredonia against the Fredonia Natural Gas Light Company and others. No opinion. Motion denied, with $10 costs. See, also, 155 N. Y. Supp. 212.

VINCI v. DI MEZZA et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Umberto Vinci against Pasquale di Mezza and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1146.

VINCI, Appellant, v. DI MEZZA et al., Respondents. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Umberto Vinci against Pasquale di Mezza and another. N. Selvaggi, of New York City, for appellant. M. L. Stover, of New York City, for respondents. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1146.

VINCI, Appellant, v. DI MEZZA et al., Respondents. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Umberto Vinci against Pasquale di Mezza and another. N. Selvaggi, of New York City, for appellant. M. L. Stover, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 155 N. Y. Supp. 1146.

VOLK v. M. I. STEWART & CO., Inc. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Albert A. Volk against M. I. Stewart & Company, Incorporated. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

WACHT v. 28TH ST. & 7TH AVE. REALTY CO. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Tillie Wacht against the 28th Street & 7th Avenue Realty Company. No opinion. Motions denied, without costs. Orders filed. See, also, 165 App. Div. 980, 150 N. Y. Supp. 1117.

WALDECK, Appellant, v. GEIST et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action by Florian L. Waldeck against Ralph R. Geist and another. No opinion. Order affirmed, with $10 costs and disbursements.

WALKOFF, Respondent, v. FOX et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Nathaniel Walkoff, as trustee, against Hugh C. Fox and others. W. C. Rosenberg, of New York City, for appellants. M. Cohen, of New York City, for respondent.

PER CURIAM. Determination (153 N. Y. Supp. 27) affirmed, and judgment absolute ordered against the defendants on their stipulation, with costs in all courts, Settle order on